UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re ROBERT O. COPELAND, SSN: 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, and PAMELA K. COPELAND, SSN: 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.

**LYNNE GOUGHLER, BARBARA DAVIDSON, HAZEL DAVIDSON, GAIL and ROBERT ATKINS**, husband and wife,
Appellants,

v.

**ROBERT O. COPELAND** ,
Respondent..

**Civil No. 00-222 RHK**

Bankruptcy Case No. 99-40290
Adversary No. 99-4169

**~~PROPOSED~~ ORDER**

TO: Lawrence H. Crosby, CROSBY & ASSOCIATES, 630 Roseville Professional Center, 2233 Hamline Avenue North, St. Paul, Minnesota 55113;
and, Mary Jo Jensen, BUCKLEY & JENSEN, 101 East 5th Street, Room 1614, St. Paul, Minnesota 55101, Counsel of Record for Robert and Pamela Copeland.

The United States District Court Judge, The Honorable Richard H. Kyle, received a motion from Lawrence Crosby, Counsel for Appellants in this case, requesting that the time to file his brief be extended for a period of 30 days or a period 15 days following his receipt of the transcript in this case, whichever time is shorter. The transcript has been ordered and paid for, but has not yet been received. A transcript is normally necessary to draft an appellate brief. Respondent's Counsel joins in this request.

FILED FEB 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS SO ORDERED that the time to submit this brief is so extended as requested.

DATED: 2/16/00

Richard H. Kyle, United States District Court Judge