# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lynne Goughler, Barbara Davidson, Hazel Davidson and Gail and Robert Atkins

Case No. Civil 00-222RHK

v.

JUDGMENT IN A CIVIL CASE

Robert O. Copeland

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Order for Judgment of the United States Bankruptcy Court for the District of Minnesota is AFFIRMED.

DATE: September 6, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk